Code of Civil Procedure is discretionary. Kidd v. Curry, 29 Hun, 215. The successful appellant may be remitted to his action. Lott v. Swezey, 29 Barb. 87. The disobedience of an order of restitution is punishable as a contempt. Devlin v. Hinman, 40 App. Div. 101, 57 N. Y. Supp. 663, affirmed 161 N. Y. 115, 55 N. E. 386. Under the peculiar circumstances of the present case, we do not think the defeated respondent should be subjected to so harsh a remedy, although she may be, and should be, compelled to repay the money which she has received, if that end can be attained by judgment and execution. Motion for restitution denied, without costs. See 63 N. Y. Supp. 527, 1111; 64 N. Y. Supp. 1138.

LATOURETTE et al. v. LATOURETTE et al. In re COWENHOVEN et al. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by James W. Latourette and others against Abraham Latourette and others. In the matter of the application of Charles T. Cowenhoven, Joseph B. Lewis, and John L. Dailey. No opinion. Application for leave to appeal to the court of appeals denied, on the ground that no such leave is necessary; the order which was reviewed herein being a final order in a special proceeding.

LENDLE, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action for damages by Philip Lendle against Francis H. Robinson and others. From a judgment in favor of the plaintiff, and an order denying a new trial, defendants appeal. Affirmed. William Blaikie, for appellants. Clarence Lexow, for respondent.

O'BRIEN, J. The plaintiff brought this action to recover damages for the loss of the services and society of his wife, owing to injuries which she sustained through the alleged negligence of the defendants. The facts involved are similar to those presented in the action brought by Mrs. Lendle to recover for the injuries which she sustained, and in the discussion of that case the issues are considered and passed upon. The only distinction of substance is in the different amounts awarded by the jury as damages. These being smaller, in the case, at bar, and no special stress being made that, if the plaintiff was entitled to recover, they were excessive, we need not further discuss the subject. For the reasons, therefore, set forth in the opinion in the case of Lendle v. Robinson (Sup.) 65 N. Y. Supp. 894, the judgment herein is affirmed, with costs. All concur.

L'HOMMEDIEU, Respondent, v. LEDGER'S ESTATE, appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) In the matter of the claim of Henrietta L'Hommedieu against the estate of George Ledger. W. L. Morehouse, for appellant. D. M. Van Cott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LITTLE et al., Respondents, v. GREATER NEW YORK AMUSEMENT CO., Appellant.

(City Court of New York. General Term. July 11, 1900.) Action by John L. Little and another against the Greater New York Amusement Company. From a judgment in favor of plaintiffs, defendant appeals. Affirmed. A. I. Sire, for appellant. J. Poth, Jr., for respondents.

HASCALL, J. This appeal brings up no question of fact for review, and we think that the disposition of the issues was properly made at the trial term. Judgment appealed from will be affirmed, with costs to the respondents. All concur.

LLOYD, Respondent, v. THOMPSON, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Aaron Lloyd against Edward Thompson, Jr., and others. No opinion. Motion for reargument denied, with 10 costs and disbursements.

LOCKWOOD, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by John N. Lockwood against the city of Buffalo. No opinion. Judgment affirmed, with costs, on authority of Choate v. City of Buffalo, 39 App. Div. 379, 57 N. Y. Supp. 383.

LODER, Respondent, v. HASKELL, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900) Action by Cornelius S. Loder against Charles N. Haskell. W. F. Quigley, for appellant. T. G. Strong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 64 N. Y. Supp. 1141.

LUTZ v. LUTZ. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by William D. Lutz against Mary E. Lutz. No opinion. Motion granted, unless appellant within 10 days shall move in court below to open default. See 59 N. Y. Supp. 972.

McCARTY, Appellant, v. ALBANY COUNTY BANK, Respondent. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by Mary E. McCarty against the Albany County Bank.

PER CURIAM. Judgment affirmed, with costs. See 62 N. Y. Supp. 1141.

McCLELLAN et al., Respondents, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Clarence S. McClellan and Thomas R. Hodge against Naomi Duncombe.

PER CURIAM. The plaintiffs' default on the motion for reargument is opened, and the papers upon said motion for reargument may be submitted on Friday next at the opening of the court. See 49 N. Y. Supp. 679; 65 N. Y. Supp. 19.

McCLELLAN et al., Respondents, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 22,